RECEIVED
SEP 16 2025
CLERK, U.S. DISTRICT COURT
FERGUS FALLS, MINNESOTA



**MN DNR SEIZURE RECEIPT**
ENFORCEMENT DIVISION
500 Lafayette Rd.
St. Paul, MN 55155-4047
(651) 296-6157
info.dnr@state.mn.us
REF # 25020712
Item Info: Airboat
Officer: J Swedberg
Badge # 619   Date 8/28/25
No. 0 000000 067643



**MN DNR SEIZURE RECEIPT**
ENFORCEMENT DIVISION
500 Lafayette Rd.
St. Paul, MN 55155-4047
(651) 296-6157
info.dnr@state.mn.us
REF # 25020712
Item Info: Wild Rice 10 bags
Officer: J Swedberg
Badge # 619   Date 8/28/25
No. 0 000000 067642

SCANNED
SEP 16 2025
U.S. DISTRICT COURT FF

**Northwest, Region 1**
2115 Birchmont Beach Road NE
Bemidji, MN 56601
218-308-2700

**Northeast, Region 2**
1201 East Hwy. 2
Grand Rapids, MN 55744
218-328-8800

**Central, Region 3**
1200 Warner Rd.
St. Paul, MN 55105
651-259-5800

**Southern, Region 4**
21371 State Hwy. 15
New Ulm, MN 56073
507-233-1200

Turn in Poachers 800-652-9093
Cell phone #TIP

**Northwest, Region 1**
2115 Birchmont Beach Road NE
Bemidji, MN 56601
218-308-2700

**Northeast, Region 2**
1201 East Hwy. 2
Grand Rapids, MN 55744
218-328-8800

**Central, Region 3**
1200 Warner Rd.
St. Paul, MN 55105
651-259-5800

**Southern, Region 4**
21371 State Hwy. 15
New Ulm, MN 56073
507-233-1200

Turn in Poachers 800-652-9093
Cell phone #TIP